MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel:  831 458 0502
Fax: 831 515 5053

Attorney for Linda Mai

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO:  CR11-00589- RMW |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [] ORDER CONTINUING STATUS CONFERENCE TO APRIL 15, 2013 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| LINDA CHEN MAI and JENNY G. MA, | |
| Defendants. | |

The parties, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the status conference currently scheduled for March 18, 2013 be continued to April 15, 2013 at 9:00 a.m. for further status.

The parties further stipulate that time should be excluded under the Speedy Trial Act from March 18, 2013 through April 15, 2013.  The parties are in the midst of resolving the case.  Due to government counsel's schedule and caseload, the parties stipulate to an exclusion of time based upon the need for continuity of government counsel.

- 1 -

Stipulation and [] Order Continuing Status Hearing

IT IS SO STIPULATED.

Dated: March 11, 2013  MELINDA HAAG
United States Attorney

_____/S/_____
GARY FRY
Assistant United States Attorney

Dated: March 11, 2013  _____/S/_____
JERRY FONG
Counsel for Jenny Ma

Dated: March 11, 2013
_____/S/_____
MICHELLE D. SPENCER
Counsel for Linda Mai

[] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

IT IS HEREY ORDERED that the status conference currently scheduled for both defendants on March 18, 2013 shall be continued to April 15, 2013, at 9:00 a.m. for further status.

FURTHER, the Court finds that failing to exclude the time between March 18, 2013 and April 15, 2013, would unreasonably deny the government continuity of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by excluding the time between March 18, 2013 and April 15, 2013, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

Stipulation and [] Order Continuing Status Hearing

1  IT IS FURTHER ORDERED that the time between March 18, 2013 and April 15,
2  2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §
3  3161(h)(7)(A), and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).
4
5  IT IS SO ORDERED.

Dated:_____  /s/ Ronald M. Whyte
_____
THE HONORABLE RONALD M. WHYTE
United States District Judge

- 3 -
Stipulation and [] Order Continuing Status Hearing