JERRY Y. FONG, ESQ. (SBN 99673)
THE LAW OFFICE OF JERRY FONG
706 COWPER STREET, SUITE 203
PALO ALTO, CA 94301
650/322-6123
650/322-6779 fax
jf@jerryfong.com

Attorney for Defendant JENNY MA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 11-00589 RMW |
| ) | |
| Plaintiff, ) | STIPULATION AMONG ALL PARTIES TO JOINTLY REQUEST A CONTINUANCE OF THE STATUS CONFERENCE FROM APRIL 15, 2013 TO MAY 20, 2013 AND [] ORDER |
| vs. ) | |
| ) | |
| LINDA CHEN MAI, and JENNY MA, ) | |
| ) | |
| Defendants. ) | |

The parties to this case, Plaintiff United States of America and Defendants Linda Chen Mai and Jenny Ma, through their attorneys, hereby stipulate to jointly request that the Court continue the status conference in this case, scheduled for April 15, 2013, at 9:00 a.m., to May 20, 2013. The joint request is made because the proposed plea agreements (as the parties have reached an agreement to resolve the case completely) have not yet been approved. The parties wish to have this matter continued to a time at which the proposed plea agreements will likely be finalized and approved. Furthermore, the parties respectfully request that the Court exclude the time from April 15, 2013 to May 20, 2013, in computing the time for the application of the Speedy Trial Act, in order for the attorneys of the parties to effectively prepare for the case within a reasonable time and that the Court find that the ends of justice

served by the time exclusion outweigh the interest of the public to a speedy trial.

DATED: April 11, 2013                Respectfully submitted,


                                     /S/
                                     JERRY FONG, Attorney for
                                     Defendant JENNY MA


DATED: April 11, 2013                Respectfully submitted,



                                     /S/
                                     MICHELLE SPENCER, Attorney for
                                     Defendant LINDA CHEN MAI


DATED: April 11, 2013                Respectfully submitted,



                                     /S/
                                     AUSA GARY FRY, Attorney for
                                     Plaintiff UNITED STATES OF AMERICA


## [] ORDER

Pursuant to the Parties' stipulation and good cause appearing herein, it is hereby ordered that the Status Conference scheduled on April 15, 2013, shall be continued to May 20, 2013, at 9:00 a.m. Furthermore, the time between April 15, 2013 and May 20, 2013 shall be excluded in computing the time for the application of the Speedy Trial Act. The Court finds that the exclusion of time for the purpose

2
STIPULATION TO JOINTLY REQUEST A CONTINUANCE OF STATUS CONFERENCE

of affording the attorneys the reasonable time necessary to effectively prepare for this case outweighs the public's interest in a speedy trial. It is so ordered.

DATED: 1/23/15

*Ronald M. Whyte*

JUDGE OF THE UNITED STATES DISTRICT COURT