MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831 458 0502
Fax: 831 515 5053

Attorney for Linda Mai

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINDA CHEN MAI and JENNY G. MA,<br><br>Defendants. | CASE NO: CR11-00589- RMW<br><br>STIPULATION AND [] ORDER CONTINUING CHANGE OF PLEA HEARING TO JULY 1, 2013 |

The parties, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the change of plea hearing currently scheduled for June 24, 2013 is hereby continued to July 1, 2013 at 9:00 a.m.

In a prior order, the Court excluded time through the August 26, 2013 trial date, and upon that basis, an exclusion is not requested herein.

IT IS SO STIPULATED.

- 1 -

Stipulation and [] Order Continuing Change of Plea Hearing

Dated: June 21, 2013    MELINDA HAAG
United States Attorney

_____/S/_____
GARY FRY
Assistant United States Attorney


Dated: June 21, 2013    _____/S/_____
JERRY FONG
Counsel for Jenny Ma

Dated: June 21, 2013
_____/S/_____
MICHELLE D. SPENCER
Counsel for Linda Mai

[] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

IT IS HEREBY ORDERED that the change of plea hearing currently scheduled for June 24, 2013 shall be continued to July 1, 2013 at 9:00 a.m.

Dated:  Î 	  	H    /s/ Ronald M. Whyte
_____
THE HONORABLE RONALD M. WHYTE
Senior United States District Judge

- 2 -

Stipulation and [] Order Continuing Change of Plea Hearing