MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831 458 0502
Fax: 831 515 5053

Attorney for Linda Mai

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINDA CHEN MAI,<br><br>Defendant. | CASE NO: CR11-00589- RMW<br><br>STIPULATION AND [] ORDER CONTINUING STATUS CONFERENCE TO OCTOBER 21, 2013 AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |

The parties, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the status conference currently scheduled for October 7, 2013 is hereby continued to October 21, 2013 at 9:00 a.m. Defense counsel requires additional time to complete its investigation.

The parties further stipulate that time should be excluded under the Speedy Trial Act from October 7 through and including October 21, 2013 based upon the need for effective preparation.

- 1 -

Stipulation and [] Order Continuing Status Conf and Excluding Time

IT IS SO STIPULATED.

Dated: October 2, 2013     MELINDA HAAG
                           United States Attorney

                           _____/S/_____
                           GARY FRY
                           Assistant United States Attorney

Dated: October 2, 2013

                           _____/S/_____
                           MICHELLE D. SPENCER
                           Counsel for Linda Mai

## [] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

FURTHER, the Court finds that failing to exclude the time between October 7, 2013 and October 21, 2013, would unreasonably deny the defense effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by excluding the time between October 7, 2013 and October 21, 2013, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED that the time between October 7, 2013 and October 21, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:_____           *Ronald M. Whyte*
                                  _____
                                  THE HONORABLE RONALD M. WHYTE
                                  Senior United States District Judge

Stipulation and [] Order Continuing Status Conf and Excluding Time